## Commonwealth *v.* Peterson, Appellant.

Argued September 10, 1968. *Aurelio Munoz,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *William H. Brown, III,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Pincavitch, Appellant.

Argued September 11, 1968. *William L. Miller,* with him *Baird, McCamley & Miller,* for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.